```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

-------------------------------x
LEGO A/S; LEGO SYSTEMS, Inc.;  :
and LEGO Juris A/S,            :
                               :
        Plaintiffs,            :
                               :
v.                             :   Civil No. 3:18-cv-2045(AWT)
                               :
ZURU Inc.,                     :
                               :
        Defendant.             :
-------------------------------x
```

## TEMPORARY RESTRAINING ORDER

Upon consideration of the plaintiffs' Motion for a Temporary Restraining Order and a Preliminary Injunction and the entire record herein, including the Verified Complaint, the plaintiffs' memorandum of law, and the testimony at the hearing today, it is hereby:

**ORDERED** that for a period of fourteen (14) days from the issuance of this Temporary Restraining Order, good cause having been shown pursuant to Rule 65 of the Federal Rules of Civil Procedure that immediate and irreparable injury and damage will result to the plaintiffs before the motion for a preliminary injunction can be heard and decided, that the plaintiffs' motion for a temporary restraining order is **GRANTED**; and it is

**FURTHER ORDERED** that the defendant, ZURU Inc., together with its agents, servants, employees, successors and assigns, and all those in active concert or participation with them be

and hereby are, for a period of fourteen (14) days from entry of this Temporary Restraining Order and using defined terms as they appear in the plaintiffs' memorandum of law (ECF No. 7-1), **RESTRAINED AND ENJOINED** from

a. manufacturing, selling, offering for sale, displaying or authorizing the sale of products, including the Infringing Products, containing unauthorized reproductions of the copyrighted and trademarked Minifigure figurine, including any figurine or image that is substantially similar to the Minifigure Copyrights or likely to be confused with the Minifigure Trademarks;

b. manufacturing, selling, offering for sale, or authorizing the sale of construction toy elements that are substantially similar to the Asserted Patents, including in the Infringing Products, or applying the patent design or any colorable imitation thereof to any article of manufacture for the purpose of sale;

c. manufacturing, selling, offering for sale, displaying or authorizing the sale of products, including the Infringing Products, containing unauthorized reproductions of the copyrighted Friends figurine including any figurine or image that is substantially similar to the Friends Copyrights; and it is

**FURTHER ORDERED** that the plaintiffs have shown that they have and will suffer immediate and irreparable injury and it is apparent that they are likely to prevail on their claims, and accordingly, the plaintiffs are not required to post bond; and it is

**FURTHER ORDERED** this Temporary Restraining Order shall take effect immediately and shall remain in effect pending the show cause hearing or further order of this court; the defendant may apply to the court for dissolution or modification of this Temporary Restraining Order on two court days' notice to the plaintiffs; and it is

**FURTHER ORDERED** that a hearing will be held by this court on December 27, 2018, in the South Courtroom, at 10:00 a.m., at which time the defendant is required to show cause why a preliminary injunction should not issue.

It is so ordered.

Signed this 14th day of December 2018, at 6:24 p.m., at Hartford, Connecticut.

 /s/ AWT
 Alvin W. Thompson
 United States District Judge