UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
LEGO A/S; LEGO SYSTEMS, Inc.;  :
and LEGO JURIS A/S,            :
                               :
        Plaintiffs,            :
                               :
v.                             :   Civil No. 3:18-cv-2045(AWT)
                               :
ZURU INC.,                     :
                               :
        Defendant.             :
-------------------------------x
```

## PRELIMINARY INJUNCTION

Upon consideration of the plaintiffs' Motion for a Temporary Restraining Order and a Preliminary Injunction and the entire record herein, including the Verified Complaint, the extensive briefing and other submissions by the plaintiffs and defendant, and the testimony at the hearings on December 14, 2018, February 14 and 15, 2019, it is hereby:

**ORDERED** good cause having been shown pursuant to Rule 65 of the Federal Rules of Civil Procedure that immediate and irreparable injury and damage will result to the plaintiffs, that the plaintiffs' motion for preliminary injunction is GRANTED; and it is

**FURTHER ORDERED** that the defendant, ZURU Inc., together with its agents, servants, employees, successors and assigns, and all those in active concert or participation with them, hereby are, and using defined terms as they appear in the

1

plaintiffs' memorandum of law (ECF No. 7-1), **RESTRAINED AND ENJOINED** from

a. manufacturing, selling, offering for sale, distributing, displaying or authorizing the sale of products, including the Infringing Products, containing unauthorized reproductions of the copyrighted and trademarked Minifigure figurine, including any figurine or image that is substantially similar to the Minifigure Copyrights or likely to be confused with the Minifigure Trademarks;

b. manufacturing, selling, offering for sale, distributing, displaying or authorizing the sale of construction toy elements that are substantially similar to U.S. Patent Nos. D688,328S, D641,053S, and D614707S, including in the Infringing Products, or applying the patent design or any colorable imitation thereof to any article of manufacture for the purpose of sale;

c. manufacturing, selling, offering for sale, distributing, displaying or authorizing the sale of products, including the Infringing Products, containing unauthorized reproductions of the copyrighted Friends figurine including any figurine or image that is substantially similar to the Friends Copyrights; and it is

**FURTHER ORDERED** that the defendant must take actions to ensure the removal of the Infringing Products from the market,

including recalling, to the extent it has the right to do so, all Infringing Products from its retailer, Walmart, and any other distributor of Infringing Products in the United States, and filing on the docket a declaration detailing those actions within thirty (30) days from the grant of the Preliminary Injunction; and it is

**FURTHER ORDERED** that the plaintiffs shall post bond in the amount of $25,000 within thirty (30) days; and it is

**FURTHER ORDERED** this Preliminary Injunction shall take effect immediately and shall remain in effect for the duration of this case or until further order of this court.

It is so ordered.

Dated this 8th day of July 2019, at Hartford, Connecticut.

/s/ AWT
Alvin W. Thompson
United States District Judge
