# United States Court of Appeals for the Federal Circuit

---

**LEGO A/S, LEGO SYSTEMS, INC., LEGO JURIS A/S,**

*Plaintiffs-Appellees*

v.

**ZURU INC.,**

*Defendant-Appellant*

---

2019-2122

---

Appeal from the United States District Court for the District of Connecticut in No. 3:18-cv-02045-AWT, Senior Judge Alvin W. Thompson.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, VACATED-IN-PART, AND REMANDED**

ENTERED BY ORDER OF THE COURT

January 15, 2020  /s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court