# United States Court of Appeals for the Federal Circuit

---

**LEGO A/S, LEGO SYSTEMS, INC., LEGO JURIS A/S,**

*Plaintiffs-Appellees*

v.

**ZURU INC.,**

*Defendant-Appellant*

---

2019-2122

---

Appeal from the United States District Court for the District of Connecticut in No. 3:18-cv-02045-AWT, Senior Judge Alvin W. Thompson.

---

## MANDATE

---

In accordance with the judgment of this Court, entered January 15, 2020, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

                        FOR THE COURT

February 21, 2020         /s/ Peter R. Marksteiner
                                    Peter R. Marksteiner
                                    Clerk of Court